AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

ROY MANDELL SMITH,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 321-055

JERMAINE WHITE, Warden; JORDAN WICKER, Deputy Warden of Security; and VERONICA STEWART, Deputy Warden,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of the Court dated October 27, 2021, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. Plaintiff's civil action is dismissed without prejudice, and this case stands closed.

October 27, 2021                        John E. Triplett, Clerk of Court
*Date*                                          *Clerk*



*(By) Deputy Clerk*

GAS Rev 10/2020